JOHN T. WICKENS, Appellant, *v.* THOMAS FOSTER, Respondent.

(Argued April 14, 1890; decided April 29, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 19, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Charles H. Searle* for appellant.

*Joseph R. Swan* for respondent.

Agree to affirm ; no opinion.

All concur, except FOLLETT, Ch. J., and VANN, J., not sitting.

Judgment affirmed.